**BILL LOCKYER**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5864
Facsimile: (415) 703-1234
E-Mail: John.Vance@doj.ca.gov

## CHAMBERS COPY

September 13, 2005

**RECEIVED**

SEP 1 4 2005

FILED

SEP 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Susan Illston
Judge
United States District Court, Northern District
United States Courthouse
P. O. Box 36060
San Francisco, CA 94102

RE:  *David M. Graves v. Thomas Carey, Warden*
     United States District Court, Northern District of California, Case No. C 01-3502 SI

Dear Judge Illston:

Respondent hereby respectfully requests permission to file this letter brief to supplement our Opposition to Petitioner's Motion For Abeyance.

In our opposition, we cited *Rhines v. Weber*, 125 S.Ct. 1528 (2005), and argued that petitioner had not shown good cause for abeyance. We reiterate that point and note that as of September 13, 2005, he has not filed a petition in the state supreme court to exhaust the new claims. Exhibit A attached. Nothing prevented him from doing so. As petitioner has not, we respectfully submit abeyance is not warranted. *Rhines*, 125 S.Ct. at 1535.

Sincerely,

JOHN R. VANCE, JR.
Deputy Attorney General

For   BILL LOCKYER
      Attorney General

JRV:eaw
Attachment

20028426.wpd

**IT IS SO ORDERED**

Susan Illston, Judge

9/16/05
Date

# CALIFORNIA APPELLATE COURTS
Case Information



- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions
- C|C home

## Court Case Search Results - Supreme Court

Court data last updated: 09/13/2005 07:53 AM

**Matching Cases**

Search by Party
Last Name or Organization : Graves
First Name : david
Middle Name : Michael
1 - 4 of 4 Records Found.

Click on the Supreme Court case number to see more information about a case.

| Supreme Court Case Number | Court of Appeal Case Number | Trial Court Case Number |
|---|---|---|
| S076932 | A076387 | 950809-4 |
| PEOPLE v. GRAVES | | |
| S095731 | | |
| GRAVES ON H.C. | | |
| S109262 | | |
| GRAVES (DAVID M.) ON H.C. | | |
| S124860 | | |
| GRAVES (DAVID M.) ON H.C. | | |

<< Back to Case Search screen

© 2004 Judicial Council of California

# CALIFORNIA APPELLATE COURTS

Case Information



## Court Case Search Results - Supreme Court

Court data last updated: 09/13/2005 07:53 AM

## Case Summary

| | |
|---|---|
| Supreme Court Case: | S124860 |
| Court of Appeal Case(s): | no data found |
| Case Caption: | GRAVES (DAVID M.) ON H.C. |
| Case Category: | Original Proceeding - Habeas |
| Start Date: | 05/17/2004 |
| Case Status: | closed |
| Issues: | none |
| Case Citation: | none |

## Cross Referenced Cases

No Cross Referenced Cases Found

## Detailed Information

Select item to view below

## E-mail Notification

To request automatic e-mail notifications about this case click here.

© 2004 Judicial Council of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Graves,

          Plaintiff,

v.

Carey,

          Defendant.

Case Number: CV01-03502 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank G. Prantil
Law Offices of Frank G. Prantil
916 Second Street
Second Floor
Sacramento, CA 95814

John R. Vance
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: September 16, 2005

                                            Richard W. Wieking, Clerk
                                            By: Tracy Sutton, Deputy Clerk