IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL GRAVES,<br><br>    Petitioner,<br><br>  v.<br><br>THOMAS CAREY, Warden<br><br>    Respondent.<br>_____/ | No. C 01-03502 SI<br><br>**ORDER RE: STATUS** |

On September 17, 2001, petitioner David Michael Graves filed a petition for writ of habeas corpus, challenging his convictions for murder and attempted murder. On August 9, 2006, the Court denied petitioner's second amended petition, but granted his request to file a third amended petition raising only the prosecutorial misconduct claim. On September 8, 2006, in response to letters from petitioner and his former counsel, the Court granted petitioner an extension of time, to October 20, 2006, to file his third amended petition. On September 11, 2006, petitioner filed a motion for an extension of time, to October 19, 2006, in which to file the third amended petition, and in which to file a motion for reconsideration concerning the claims that can be filed in the third amended petition. Petitioner presumably sent this motion before receiving the Court's September 8, 2006 Order granting petition an extension of time. On October 11, 2006, the Court received a motion for leave to file and motion for reconsideration. The Court construes petitioner's motion as a motion for leave to request reconsideration of both the dismissal of the second amended petition and the Court's limitation of the third amended petition to just one claim.

On February 1, 2007, petitioner filed a letter with the Court requesting to know the status of his September 11, 2006 motion for extension of time, and his October 11, 2006 motion for reconsideration.

As discussed, the Court issued, on September 8, 2006, an order granting petitioner an extension of time, to October 20, 2006, to file his third amended complaint. The Court will attach a copy of the September 8 order to this order.

The Court has not yet ruled on petitioner's motion for reconsideration. The Court has not done so because an issue raised in petitioner's second amended habeas petition is currently before the Ninth Circuit in another case, *King v. Lamarque*, No. 05-15757. Once the issue in *King* is fully resolved, this Court will consider petitioner's motion for reconsideration. **The Court therefore STAYS the deadline for filing the third amended petition for 90 days, that is until May 16, 2007**. If the *King* petition is still pending in the Ninth Circuit at that point, either party may request this Court to extend the stay.

**IT IS SO ORDERED.**

Dated: February 15, 2007

SUSAN ILLSTON
United States District Judge