IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL GRAVES,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>THOMAS CAREY, Warden<br><br>　　　　　Respondent.<br>_____/ | No. C 01-03502 SI<br><br>**NOTIFICATION RE PRO SE STATUS** |

On February 23, 2007, mail sent to counsel for petitioner, Frank Prantil, was returned to the Court "undeliverable (deceased)." Although the Court has received no other notification, it appears that Mr. Prantil has died.

Petitioner David Michael Graves is notified of this fact, and of the fact that he must now either retain new counsel or proceed in this action representing himself *in pro per*. A copy of the Court's most recent order, dated February 15, 2007, is attached. That order provides notification of the status of the action and stays the deadline for filing petitioner's third amended petition until **May 16, 2007.**

**IT IS SO ORDERED.**

Dated: March 19, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge