IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL GRAVES, | No. C 01-03502 SI |
| Petitioner, | **ORDER RE: STAY** |
| v. | |
| THOMAS CAREY, Warden | |
| Respondent. | |

On September 17, 2001, petitioner David Michael Graves filed a petition for writ of habeas corpus, challenging his convictions for murder and attempted murder. Currently pending is petitioner's October 11, 2006, motion for leave to request reconsideration of both the dismissal of the second amended petition and the Court's limitation of the third amended petition to just one claim. The Court has stayed consideration of this motion pending resolution of an issue raised in petitioner's second amended habeas petition – whether California's timeliness rule is an adequate procedural bar – that was also pending before the Ninth Circuit in another case, *King v. Lamarque*, No. 05-15757. *King* has now been remanded to this Court, and the *King* parties have set an extended briefing schedule on the issue. Once the issue is fully briefed in the *King* case, this Court will consider petitioner's motion for reconsideration here. The Court therefore STAYS this case until the issue has been fully briefed by the parties in *King*. Mr. Graves does not need to file anything with this Court until further notice.

**IT IS SO ORDERED.**

Dated: May 21, 2007

SUSAN ILLSTON
United States District Judge