IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL GRAVES, | No. C 01-03502 SI |
| Petitioner, | **ORDER RE: PETITIONER'S LETTER** |
| v. | |
| D.K. SISTO, Warden | |
| Respondent. / | |

On September 17, 2001, petitioner David Michael Graves filed a petition for writ of habeas corpus, challenging his conviction for murder and attempted murder. Petitioner has now filed a letter to the Court "to clarify facts," and also apparently moving for summary judgment. Petitioner has also filed a motion for an evidentiary hearing, and a motion for appointment of counsel.

///

As indicated in prior orders, the Court has stayed this case pending resolution of an issue raised in petitioner's second amended habeas petition – whether California's timeliness rule is an adequate procedural bar – that was also pending before the Ninth Circuit in another case, *King v. Lamarque*, No. 05-15757. *King* has now been remanded to this Court, and the *King* parties have set an extended briefing schedule on the issue. Nothing in petitioner's recent letter compels the Court to lift the stay. <u>The Court will not rule on any of the issues raised by petitioner in his recent filings and pending motions until *King* has been fully briefed and resolved; accordingly any such pending motions are DENIED without prejudice to renewal after the stay is lifted. Mr. Graves should not file anything more with the Court until the stay is lifted; he will be notified when the stay is lifted.</u>[1]

**IT IS SO ORDERED.**

Dated: July 31, 2007

SUSAN ILLSTON
United States District Judge

---

[1] Petitioner also requests that the Court order the estate of his recently-deceased former attorney, Frank Prantil, to return to petitioner all money he paid to Mr. Prantil. Petitioner argues that Mr. Prantil was grossly negligent in his handling of the habeas petition, and did not fulfill his contract with petitioner. The Court cannot issue such an order in this habeas case. If petitioner feels he has a valid legal claim against Mr. Prantil's estate, he may file a separate lawsuit in the appropriate court to resolve the dispute. Such a dispute, however, cannot be addressed by this Court, in the habeas case.