UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL GRAVES, | No. C 01-3502 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| THOMAS CAREY, warden, | |
| Respondent. | |

On October 21, 2008, the court issued an Order Granting In Part And Denying in Part Petitioner's Motion For Leave To File Motion For Reconsideration ("October 21 Order"). That order, among other things, directed respondent to file a supplemental answer to one particular claim and petitioner to file a supplemental traverse not to exceed eight pages in length. Petitioner obtained an extension of time to file until January 2, 2009, to file that supplemental traverse, but in the meantime has filed several motions, some of which are repetitive of earlier motions and some of which the court specifically ordered him not to file.

Petitioner's motion for leave to file a motion for reconsideration of the court's October 21 Order ruling on his earlier motion for reconsideration is DENIED. (Docket # 119.) Insofar as he wants to file a second motion for reconsideration of earlier orders or present further arguments in support of his earlier motion for reconsideration that the court already ruled on, his request is rejected.

Petitioner's motion for appointment of counsel and for evidentiary hearing are DENIED. (Docket # 118 and # 125.) See October 21 Order, p. 6, ¶ 6 (denying earlier motion for evidentiary hearing, and explaining that if the court wants an evidentiary hearing later, it will order one sua sponte, and only then will counsel be appointed).

Petitioner's motion for partial summary judgment is DENIED. (Docket # 122.) See October 21 Order, p. 6, ¶ 7 ("The court will not entertain another motion for summary judgment, because it is an unnecessary use of judicial resources to decide whether there are disputed issues of fact when the court can decide most disputed facts in ruling on the petition.")

IT IS SO ORDERED.

DATED: December 12, 2008

                                                    SUSAN ILLSTON
                                                    United States District Judge