UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL GRAVES, | No. C 01-3502 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| THOMAS CAREY, warden, | |
| Respondent. | |

The second amended and third amended petitions for writ of habeas corpus are denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 26, 2009

SUSAN ILLSTON
United States District Judge