UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL GRAVES, | No. C 01-3502 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| THOMAS CAREY, warden, | |
| Respondent. | |

Petitioner filed a notice of appeal and an application for a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The application for a certificate of appealability is DENIED. (Docket # 141.) As to those claims rejected for procedural reasons, petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling," and as to those claims rejected on the merits, petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Petitioner's application to proceed in forma pauperis on appeal is GRANTED. (Docket # 143.)

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: June 29, 2009

SUSAN ILLSTON
United States District Judge